Kevin M. MURPHY; Kathleen K. Murphy, Plaintiffs

James L. Lang; Charlene Ann Brady; Erika R. Hogenson; Harold J. Thompson, III; Julianne Thompson; Miriam E. Stone; May K. Vang; Jeffrey A. Kirschbaum; Tou A. Vang, Plaintiffs–Appellants

v.

AURORA LOAN SERVICES, LLC; Aurora Bank FSB; Mortgage Electronic Registration Systems, Inc., Defendants–Appellees

Wilford & Geske, P.A., Defendant

MERSCORP, Inc., Defendant–Appellee.

Kevin M. Murphy; Kathleen K. Murphy, Plaintiffs–Appellants

James L. Lang; Charlene Ann Brady; Erika R. Hogenson; Harold J. Thompson, III; Julianne Thompson; Miriam E. Stone; May K. Vang; Jeffrey A. Kirschbaum; Tou A. Vang, Plaintiffs

v.

Aurora Loan Services, LLC; Aurora Bank FSB; Mortgage Electronic Registration Systems, Inc., Defendants–Appellees

Wilford & Geske, P.A., Defendant

MERSCORP, Inc., Defendant–Appellee.

Nos. 13–3052, 13–3204.

United States Court of Appeals, Eighth Circuit.

Submitted: June 18, 2014.

Filed: June 19, 2014.

William Bernard Butler, Butler Liberty Law, Minneapolis, MN, Jeffrey Vesel, Stillwater, MN, for Plaintiffs–Appellants.

Eric D. Cook, Michael R. Sauer, Wilford & Geske, Woodbury, MN, J. Matthew Goodin, Julia C. Webb, Locke & Lord, Chicago, IL, for Defendants–Appellees.

Before RILEY, Chief Judge, GRUENDER and SHEPHERD, Circuit Judges.

PER CURIAM.

In these consolidated appeals following earlier remands and a subsequent adverse judgment in the district court,[1] plaintiffs challenge several rulings. After careful review, we find no basis to reverse any of the following: the dismissal of plaintiffs' remaining claims, *see Karnatcheva v. JPMorgan Chase Bank, N.A.*, 704 F.3d 545, 548 (8th Cir.) (affirming dismissal of claims because pleadings offered only labels and conclusions based on speculation that transfers affecting payees and assignments of notes were invalid), *cert. denied*, —— U.S. ——, 134 S.Ct. 72, 187 L.Ed.2d 254 (2013); the denial of plaintiffs' motion for leave to file a second amended complaint, *see Marmo v. Tyson Fresh Meats, Inc.*, 457 F.3d 748, 755 (8th Cir. 2006) (denial of leave to amend is reviewed for abuse of discretion, but legal conclusion that amendment would be futile is reviewed de novo); the denial of a motion to sever, in which some of the plaintiffs essentially sought permission to proceed separately from the other plaintiffs, *see United States v. Kime*, 99 F.3d 870, 880 (8th Cir.1996) (no reversal for denial of motion to sever absent showing of real prejudice indicating abuse of discretion); or the reassessment of sanctions against attorney William Butler, *see Clark v. United Parcel Serv., Inc.*, 460 F.3d 1004, 1008 (8th Cir. 2006) (district court's determinations concerning Fed.R.Civ.P. 11 are reviewed for abuse of discretion).

We thus affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.